UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

Richardson,                                    : 07 Civ 3989 (RWS)

     -v.-                                       :

                                               :

C.O. J. McTurner, etal                         :
------------------------------------------------------------------X

Please be advised that the ~~conference~~ PTO scheduled

for _March 12, 08_ has been rescheduled to

_March 26, 08_ at _4:30pm_____ in Courtroom 18C

Please notify opposing counsel of the change.


SO ORDERED.

Dated: New York, New York
       12/12/07

                                    _____
                                    ROBERT W. SWEET
                                    United States District Judge