UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
JONATHAN RICHARDSON,                       :
                         Plaintiff,        :
                                           :         **ORDER**
                                           :
            -against-                      :
                                           :         07 Civ. 3989
                                           :
CORRECTIONS OFFICER J. McTURNER            :
et. al.,                                   :
                                           :
                         Defendants.       :
                                           :
------------------------------------------X

   Defendant having moved pursuant to Rule 30(a) of the Fed. R. Civ. P. for an order authorizing defendant, by his attorney, ANDREW M. CUOMO, Attorney General of the State of New York, to take the deposition upon oral examination of plaintiff, Jonathan Richardson, DIN 06-A-0569, an inmate currently incarcerated at Sullivan Correctional Facility, Fallsburg, New York, and defendant having given notice of this application to plaintiff, and upon review of the declaration of Benjamin Lee, dated January 23, 2008, submitted in support of the application, it appearing to the Court that there is good cause for the taking of the deposition, it is

   ORDERED that an Assistant Attorney General may take the deposition of plaintiff JONATHAN RICHARDSON before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, and

   IT IS FURTHER ORDERED that the plaintiff bring with him to the deposition site all papers and documents supporting his

complaint including but not limited to the complaint, grievances including decisions and appeals from decision, and all correspondence relating to the complaint.

Plaintiff is further advised that if he fails to attend and complete his own deposition, the Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which could include an order dismissing the complaint in this action.

Dated:   New York, New York
         January 25, 2008

_____
ROBERT W. SWEET
UNITED STATES DISTRICT JUDGE