UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

(Defendants)
~~Suit~~ Sing Sing Correctional Facility
C.O. J. McTurner, N. Holloway, Murphy

*Switch please*

(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

(Plaintiffs) -against-

Jonathan Richardson #06A0569

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

FILED DEC 2 7 2007 S.D. OF N.Y.

J.H.

07 Civ. 3989 (RW) (S)

**APPLICATION FOR THE COURT TO REQUEST COUNSEL**

PRO SE OFFICE

1/25/08

**PRO SE OFFICE**

1. Name of applicant. Jonathan Richardson

2. Explain why you feel you need a lawyer in this case. (Use additional paper if necessary)

   Because I do not know the Law, I have a form of Handicap, I'm hard of hearing —

3. Explain what steps you have taken to find an attorney and with what results. (Use additional paper if necessary)

   Besides writing about "20" letters throughout the State, I can only talk to guys with experience in here but will not listen to them when (in) Court.

4. If you need a lawyer who speaks in a language other than English, state what language you speak:

   "Spanish"

5. I understand that if a lawyer volunteers to represent me and my lawyer learns that I can afford to pay for a lawyer, the lawyer may give this information to the Court.

6. I understand that if my answers on my Request to Proceed *In Forma Pauperis* are false, my case may be dismissed.

7. **I declare under penalty of perjury that the foregoing is true and correct.**

Dated: _____

X /s/ Jonathan Richardson
Signature

Rev. 05/2007

This application is denied with leave to renew after any dispositive action. So ordered.

/s/ [Judge] USDJ
1-23-08