

STATE OF NEW YORK

OFFICE OF THE ATTORNEY GENERAL
(212) 416-8922



**ANDREW M. CUOMO**
Attorney General

January 30, 2008

**LESLIE G. LEACH**
Executive Deputy Attorney General
Division of State Counsel

**JUNE DUFFY**
Assistant Attorney General in Charge
Litigation Bureau

Honorable Robert W. Sweet
United States District Judge
500 Pearl Street
New York, NY 10007

Re: <u>Richardson v. McTurner et. al.</u>, 07 Civ. 3989

Dear Judge Sweet:

The Office of the Attorney General represents defendant corrections officer J. McTurner in the above-referenced case. I request a 30 day extension of the schedule to complete discovery as well as other corresponding schedules. The reason for the request is that I have not yet received the authorization from plaintiff for release of his medical records. In order to fully explore plaintiff's claims, it is necessary for me to review plaintiff's medical records before his deposition.

Respectfully,

Benjamin J. Lee
Assistant Attorney General

2/1/08

cc: Jonathan Richardson 06A0569

So ordered
Sweet
USDJ
1-31-06