UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

Richardson

-v.-

M Turner

------------------------------------------------------------X

07 Civ. 3989 (RWS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08

Please be advised that the conference scheduled for March 26, 08 has been rescheduled to April 30, 08 at 4:30pm in Courtroom 18C.

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York

3/25/08

ROBERT W. SWEET
United States District Judge