

**STATE OF NEW YORK**

OFFICE OF THE ATTORNEY GENERAL
(212) 416-8922

**ANDREW M. CUOMO**
Attorney General

March 25, 2008

**LESLIE G. LEACH**
Executive Deputy Attorney General
Division of State Counsel

**JUNE DUFFY**
Assistant Attorney General in Charge
Litigation Bureau

Honorable Robert W. Sweet
United States District Judge
500 Pearl Street
New York, NY 10007

Re: <u>Richardson v. McTurner et. al.</u>, 07 Civ. 3989

Dear Judge Sweet:

The Office of the Attorney General represents defendant corrections officer J. McTurner in the above-referenced case. The parties have completed discovery in the above case. I request that the pre-trial order and conference scheduled for March 26, 2008 be adjourned for 30 days. I make this request because I am leaving the litigation bureau of the Attorney General's office and a new attorney is taking over this case. In addition, I still have not received a signed copy of plaintiff's deposition transcript.

Respectfully,

Benjamin J. Lee
Assistant Attorney General

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08

So ordered
[signature]
USDJ
3-25-08

cc: Jonathan Richardson 06A0569