

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

ANDREW M. CUOMO
ATTORNEY GENERAL

LESLIE LEACH
DEPUTY ATTORNEY GENERAL
STATE COUNSEL DIVISION

(212) 416-8653

JUNE DUFFY
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU

April 4, 2008

VIA FASCIMILE
Honorable Robert W. Sweet
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/08

RECEIVED
APR 04 2008
JUDGE SWEET CHAMBERS

Re: Richardson v. McTurner, 07 Civ. 3989

Dear Judge Sweet:

The office of the Attorney General represents the defendant Officer McTurner in the above-referenced action. This case was previously handled by Assistant Attorney General Benjamin Lee, who is no longer assigned to the Litigation Bureau. Accordingly, I have enclosed a courtesy copy of my Notice of Appearance in this action.

Prior to leaving the litigation bureau, Mr. Lee sought and obtained a one-month extension of time to file the Joint Pre-Trial order. The Joint Pre-Trial order is now due on April 30, 2008. I write to request an additional thirty days to submit said order. Additional time is needed, in part, because I will be in Savannah, Georgia next week at the National Association of Attorneys General Conference on Defensive Litigation. Therefore, I will not have an opportunity to review the file and meet with the defendant and witnesses until after my return.

Moreover, the additional time will allow me to provide Mr. Richardson with a copy of Your Honor's rules so that he can draft and forward to me his portion of the pre-trial order and I can then prepare the final version for signature. Wherefore, it is respectfully requested that the date the parties must submit the Pre-Trial Order, proposed voir dire and jury instructions be adjourned until May 30, 2008 and that the conference scheduled for April 30, 2008 at 4:30 be adjourned until May 30, 2008 or any other date convenient for the Court.

So ordered
[signature] /s/ 
USDJ
4-7-08

Respectfully submitted,
REBECCA ANN DURDEN
Assistant Attorney General

cc: Jonathan Richardson, Pro Se
(Via first class mail)

120 BROADWAY, NEW YORK N.Y. 10271-0332 • PHONE (212) 416-8610 • FAX (212) 416-6075 *NOT FOR SERVICE OF PAPERS
HTTP://WWW.OAG.STATE.NY.US